AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
SAEVE EVANS
DOB:
PDID:

Defendant(s)

)
)
)
)
)
)
)

Case: 1:22-mj-00037
Assigned to: Judge Faruqui, Zia M.
Assign Date: 2/21/2022
Description: COMPLAINT W/ ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 2, 2009__ in the county of __Washington__ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1201(a)(1) ;<br>18 U.S.C. § 924(c)(1)(iii);<br>18 U.S.C. § 2 | did willfully and unlawfully seize, confine, kidnap, abduct, and carry away, hold for ransom, reward, or otherwise, Kareem Ware, and in committing or in furtherance of the commission of the offense, did willfully transport Kareem Ware and travel in interstate commerce from the State of Maryland to the District of Columbia and which did result in the death of Kareem Ware; did unlawfully and knowingly carry, use, brandish, and discharge during and in relation to, and possess a firearm, in furtherance of a crime of violence, that is, kidnapping resulting in death, for which he may be prosecuted in a court of the United States; and did aid and abet in these offenses. |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_Complainant's signature_
DETECTIVE MICHAEL FULTON, MPD
_Printed name and title_

Sworn to before me and signed in my presence.

Date: ~~02/18/2021~~ 02/21/2022

Zia M. Faruqui

_Judge's signature_

City and state: Washington, D.C.

ZIA M. FARUQUI, U.S. Magistrate Judge
_Printed name and title_