# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on February 14, 2022

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO.   22-MJ-37** |
| | : | |
| **SAEVE EVANS,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 1201(a)(1)** |
| **Defendant.** | : | **(Kidnapping Resulting in Death)** |
| | : | **18 U.S.C. §§ 924(c)(1)(A)(ii), (iii),** |
| | : | **and § 924(j)(1)** |
| | : | **(Using, Carrying, Possessing,** |
| | : | **Brandishing, and Discharging a Firearm** |
| | : | **During and in Relation to a Crime of** |
| | : | **Violence Causing Death)** |
| | : | **18 U.S.C. § 2** |
| | : | **(Aiding and Abetting)** |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about May 2, 2009, within the District of Columbia and the District of Maryland, **SAEVE EVANS**, did unlawfully and willfully seize, confine, kidnap, abduct, carry away, and hold for ransom, reward, or otherwise, Kareem Ware, and, in committing or in furtherance of the commission of the offense, did willfully transport Kareem Ware, and travel in interstate commerce from the State of Maryland to the District of Columbia, the actions of the defendant resulting in the death of Kareem Ware.

(**Kidnapping Resulting in Death and Aiding and Abetting**, in violation of Title 18, United State Code, Sections 1201(a)(1) and 2)

## COUNT TWO

On or about May 2, 2009, within the District of Columbia and the District of Maryland, **SAEVE EVANS**, did unlawfully and knowingly use, brandish, discharge, and carry a firearm during and in relation to, and possess in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is Count One of this Indictment, which is incorporated herein, causing the death of Kareem Ware.

> **(Using, Carrying, Possessing, Brandishing, and Discharging a Firearm During and in Relation to a Crime of Violence Causing Death and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii), (iii), 924(j)(1), and 2)

A TRUE BILL:

FOREPERSON.

Mathew M. Graves

Attorney of the United States in
and for the District of Columbia