UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              **Plaintiff,**<br>   v.<br><br>**SAEVE EVANS**<br><br>              **Defendant.** | Case No. 1-22CR63 (RCL) |

### MR. EVANS'S REPLY TO GOVERNMENT'S OPPOSITION TO HIS MOTION TO DISMISS OR SANCTION FOR FAILURE TO PRESERVE

Mr. Evans has contended that the government failed to properly preserve the SUV, which was the locus of the offense in this case. *See* ECF. No. 23. In its opposition, the government notes that to the extent that Mr. Evans maintains the copies of the photographs law enforcement took in 2009 are inadequate, the government retains the original photographs. *See* ECF. No. 31.

Undersigned counsel are working diligently to review the original photos and have requested to view not only the original photos, but the original digital images. In addition, counsel have requested the Standard Operating Procedures that were in place in 2009, when the SUV was photographed by the government's blood spatter expert. In short, undersigned counsel continue to investigate the government's preservation efforts and reserve the right to supplement the initial Motion to Dismiss upon receipt of further requested discovery.

Respectfully submitted,

A. J. Kramer
Federal Public Defender


_____/s/_____
Elizabeth Mullin
Assistant Federal Public Defender
625 Indiana Ave NW, Suite 550
Washington, D.C. 20004
(202) 208-7500
Elizabeth_Mullin@fd.org



Dominique D. Winters
Deputy Trial Chief
Public Defender Service
633 Indiana Avenue, N.W.
Washington, D.C. 20004
T: (202) 824-2387
F: (202) 824-2117
Dwinters@pdsdc.org