UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br> v.<br><br>**SAEVE EVANS**<br><br>    **Defendant.** | Case No. 1-22CR63 (RCL) |

### NOTICE OF INTENT TO CALL EXPERT WITNESS AT MOTIONS HEARING

 Mr. Evans hereby notices the Court and the government that he intends to call expert witness Kenneth Martin at the Motions Hearing scheduled on November 7, 2022. Mr. Martin is an expert in the field of crime scene processing, crime scene analysis and reconstruction, and bloodstain pattern analysis. Mr. Martin's testimony will support Mr. Evans's Motion to Dismiss or Sanction for Failure to Preserve and supplements thereto. *See* ECF. Nos. 23, 38, 48, 61. On October 29, 2022, counsel to Mr. Evans's provided the attached expert notice pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C).

               Respectfully submitted,

               A. J. Kramer
               Federal Public Defender


               _____/s/_____
               Elizabeth Mullin
               Assistant Federal Public Defender

625 Indiana Ave NW, Suite 550
Washington, D.C. 20004
(202) 208-7500
Elizabeth_Mullin@fd.org


Dominique D. Winters
Deputy Trial Chief
Public Defender Service
633 Indiana Avenue, N.W.
Washington, D.C. 20004
T: (202) 824-2387
F: (202) 824-2117
Dwinters@pdsdc.org

Stephany Reaves
Munger, Tolles & Olson LLP
601 Massachusetts Avenue, NW
 Suite 500E
Washington, DC 20001
(202) 220-1126
stephany.reaves@mto.com